## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**REGINALD DAVIS (#609626)**                              **CIVIL ACTION**

**VERSUS**                                               **NO. 25-520-JWD-SDJ**

**AFI PATTERSON, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 17, 2026 (Doc. 4), to which no objection was filed;

**IT IS ORDERED** that this action shall **DISMISSED WITH PREJUDICE** on the Court's own motion under 28 U.S.C. §§ 1915(e) and 1915A as duplicative, malicious, and legally frivolous.[1]

Signed in Baton Rouge, Louisiana, on <u>April 14, 2026</u>.

_____

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Plaintiff is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Since the Report and Recommendation has been adopted, the ruling counts as a strike.